josephkovachinfo

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

JUN 14 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00032 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **POSSESSION OF MARIJUANA** |
| **JOSEPH E. KOVACH**, ) | [21 U.S.C. § 844(a)] (Misdemeanor) |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

On or about, and between, February 1, 2005 and May 2, 2005, in the District of Guam, the defendant, JOSEPH E. KOVACH, knowingly and intentionally possessed marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

Respectfully submitted this 14th day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JOSEPH TOCK
Special Assistant U.S. Attorney