# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

U.S. MARSHALS-GUAM
RECEIVED
15 JUN 2005 14 00 01

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | |
| JOSEPH E. KOVACH | Case Number: MG-05-00032 |

FILED
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT

(Name and Address of Defendant)

③

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Tuesday, June 28, 2005 at 10:00 a.m. |

To answer a(n)
   ☐ Indictment    ☐ Information    **X** Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **21**    United States Code, Section(s)    **844(a)**

Brief description of offense:

**POSSESSION OF MARIJUANA**    *New*

ORIGINAL

| MARILYN B. ALCON, Deputy Clerk | _(signature)_ |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

June 15, 2005
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]   Date 12pm  6/16/05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: #319 GUAM AIRPORT HOTEL TAM. GU. 649-8449

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/16/05
Date

J.L.G. SALAS
Name of United States Marshal

S/DUSM UNGACTA
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.