JKovach.INF

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 1 0 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOSEPH E. KOVACH,<br><br>        Defendant. | MAGISTRATE CASE NO. 05-00032<br><br>**AMENDED INFORMATION**<br><br>POSSESSION OF MARIJUANA<br>ASSIMILATIVE CRIMES ACT<br>[9 G.C.A. § 67.401.2(b)(3),<br>18 U.S.C. §§ 7(3) and 13]<br>(As a Violation) |

On or about, and between, February 1, 2005 and May 2, 2005, in the District of Guam, the defendant, JOSEPH E. KOVACH, at a place within the special maritime and territorial jurisdiction of the United States, namely Andersen Air Force Base, Guam, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and intentionally possess less than one ounce of marijuana, a Schedule I controlled substance, in violation of Title 9 Guam Code Annotated, Chapter 67, Section 67.401.2., and Title 18, United States Code, Sections 7(3) and 13.

Respectfully submitted this 8th day of August 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
JOSEPH TOCK
Special Assistant U.S. Attorney

ORIGINAL