IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
AUG 17 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00032**          **DATE: August 17, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Reporter: Wanda Miles          Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:32:28 - 9:44:10          CSO: J. McDonald

**APPEARANCES**

**DEFT: JOSEPH E. KOVACH**          **ATTY: JOHN GORMAN**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: JOSEPH TOCK**          **AGENT:**

**U.S. PROBATION: JUDY OCAMPO**          **U.S. MARSHAL: NONE PRESENT**

**PROCEEDINGS:   JURY TRIAL / CHANGE OF PLEA / SENTENCING**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___   SCHOOL COMPLETED: _88 semester hours_
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: Possession of Marijuana
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: _NO WRITTEN PLEA AGREEMENT_   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

**NOTES:**

Government informed the Court that the defendant intends to enter a guilty plea to the Amended Information. The defendant stated that it is his intent to plea guilty today.

Defendant entered a straight up guilty plea, no written plea agreement. Parties stipulated for the defendant to be sentenced today.

Defendant was sentenced to pay a $5.00 Special Assessment Fee immediately after sentencing and a $100.00 Fine by close of business, 3:00 p.m., on August 19, 2005.