JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH E. KOVACH

**FILED**
DISTRICT COURT OF GUAM
AUG 17 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | MG 05-00032 |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO RETURN DEFENDANT'S PASSPORT |
| vs. | ) ) | |
| JOSEPH E. KOVACH, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant's passport heretofore turned over to the Clerk of Courts as a condition of his release be released and returned to the defendant forthwith.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 17, 2005.

JOHN T. GORMAN
Attorney for Defendant
JOSEPH E. KOVACH

JOSEPH TOCK
Attorney for Plaintiff
UNITED STATES OF AMERICA