JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH E. KOVACH

FILED
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00032 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER re** **STIPULATION TO RETURN PASSPORT** |
| JOSEPH E. KOVACH, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the defendant's passport heretofore turned over to the Clerk of Courts as a condition of his release be released and returned to the defendant forthwith.

DATED: Hagatna, Guam, 8/17/2005.

The Honorable JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam