♦AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |

CASE NUMBER: MG-05-00032

**JOSEPH E. KOVACH**

USM NUMBER: 02567-093

**JOHN GORMAN, FEDERAL PUBLIC DEFENDER**
Defendant's Attorney

**THE DEFENDANT:**

X **THE DEFENDANT** pleaded guilty to count(s)   I

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 9 G.C.A. §67.401.2(b)(3), 18 U.S.C. §§ 7(3) and 13 | Possession of Marijuana Assimilative Crimes Act | May 2, 2005 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| Total: | $ 5.00 | $ 100.00 |

FILED
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

Defendant's Soc. Sec. No.: **XXX-XX-1240**

Defendant's Date of Birth: **XX-XX-1975**

August 17, 2005
Date of Imposition of Judgment

_____
Signature of Judge

Defendant's Residence Address:

**YIGO, GUAM**

**JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE**
Name and Title of Judge

8/18/2005
Date

Defendant's Mailing Address: