**DISTRICT COURT OF GUAM**
**4TH Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**
**671-473-9100**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH E. KOVACH,<br><br>        Defendant. | Case No. 1:05-mj-00032 |

# NOTICE OF ENTRY OF JUDGMENT

     **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment:

     **JUDGMENT, signed on August 18, 2005**
     **Date of Entry: August 18, 2005**

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page:  **www.gud.uscourts.gov**

**Date:**  August 19, 2005

                                            /s/  Mary L.M. Moran
                                            Clerk of Court